IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RUSSELL J. HURST, JR., | § | |
| | § | No. 251, 2020 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1808014637 (S) |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: September 21, 2020
Decided: October 12, 2020

## **ORDER**

It appears to the Court that, on September 2, 2020, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant, Russell J. Hurst, Jr., to show cause why this appeal should not be dismissed for his failure to pay the Supreme Court filing fee or to file a motion to proceed *in forma pauperis*. Hurst received the notice to show cause on September 8, 2020, making a timely response due by September 18, 2020. To date, Hurst has not paid the Supreme Court filing fee, filed a motion to proceed *in forma pauperis*, or responded to the notice to show cause. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*_____
Justice